# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142211(49)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                                    SC: 142211
                                                     COA: 291359
                                                     Midland CC: 08-003211-AR
AUSTIN BOYD HAMMOND,
          Defendant-Appellant.
_____/

       On order of the Court, the motion for reconsideration of this Court's March 29, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

       ZAHRA, J., did not participate because he was on the Court of Appeals panel.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2011

_____
                Clerk

d0718